## RHODE ISLAND COUNCIL 94 et al.

### v.

## STATE of Rhode Island et al.

### No. 82–162–A.

Supreme Court of Rhode Island.

March 3, 1983.

Gerard P. Cobleigh, Warwick, for plaintiff.

Vincent J. Kane, Providence, for defendant.

## ORDER

The plaintiff's motion to dismiss the defendant's appeal as prayed, is granted.

■

## STATE

### v.

## Fritz CROMWELL, et al.

### No. 83–8–C.A.

Supreme Court of Rhode Island.

March 3, 1983.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Leonard A. Kamaras, John F. Sheehan, Providence, for defendant.

## ORDER

Pursuant to the parties' motion, and in light of this courts decision in *D & J Enterprises, Inc. et al. v. Michaelson, Attorney General et al.,* 121 R.I. 537, 401 A.2d 440 (1979), this case is hereby remanded to the Superior Court for further proceedings.

■

## Richard A. BOLANDZ

### v.

## SUPERIOR COURT.

### No. 82–546–M.P.

Supreme Court of Rhode Island.

March 17, 1983.

Dennis J. Roberts II, Atty. Gen., for respondent.

Richard A. Bolandz, pro se.

## ORDER

The petition for writ of mandamus is denied, without prejudice, however, to petitioner's pursuing an appropriate Superior Court remedy.